# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GALE CLAPPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED AIRLINES, INC.; ABC INSURANCE COMPANY,<br><br>　　　　Defendants. | Case No. 20-cv-02635<br><br>Hon. Manish S. Shah<br>Magistrate Judge Maria Valdez |

## DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL

Defendant United Airlines, Inc. ("United"), by and through its attorneys, Sean C. Herring, Howard Shapiro, and Dana S. Elfvin of Jackson Lewis P.C., moves for an unopposed 7-day extension of time to file its response to Plaintiff Gale Clapper's Motion to Compel (Docket No. 55), up to and including October 29, 2021. In support of this motion, United states as follows:

1. On October 15, 2021, Plaintiff filed her Motion to Compel (Docket No. 55).

2. On October 18, 2021, the Court entered an Order setting the deadline for United's response to Plaintiff's Motion as October 22, 2021 (Docket No. 57). United requires additional time to evaluate and respond to Plaintiff's Motion.

3. United therefore requests a brief extension of time, up to and including October 29, 2021, to respond to Plaintiff's Motion to Compel.

4. On October 21, 2021, counsel for United, Sean Herring, contacted counsel for Plaintiff, Carlos Pastrana, via e-mail, and Mr. Pastrana stated that Plaintiff does not oppose this motion.

5. United does not bring this motion for purposes of delay or for any other improper purpose. United simply requires an extension of time to finalize its response.

**WHEREFORE**, Defendant United Airlines, Inc. respectfully requests that the Court grant its unopposed motion and extend the deadline for it to respond to Plaintiff's Motion to Compel by 7 days, or to October 29, 2021.

Dated: October 22, 2021

Respectfully submitted,

**UNITED AIRLINES, INC.**

By: /s/ Sean C. Herring

Sean C. Herring
Howard Shapiro (*pro hac vice*)
Dana S. Elfvin
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel: (312) 787-4949
Sean.Herring@jacksonlewis.com
Howard.Shapiro@jacksonlewis.com
Dana.Elfvin@jacksonlewis.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2021, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL** was filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

                                                          */s/ Sean Herring*