UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GALE CLAPPER,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED AIRLINES, INC.; ABC INSURANCE COMPANY,<br><br>      Defendants. | Case No. 20-cv-02635<br><br>Hon. Manish S. Shah<br>Magistrate Judge Maria Valdez |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
OF DISPOSITIVE MOTION DEADLINES**

Defendant United Airlines, Inc., by and through its attorneys Sean C. Herring, Howard Shapiro, and Dana S. Elfvin of Jackson Lewis P.C., moves for an unopposed 7-day extension of the dispositive motion deadlines set in the Court's February 16, 2022 Order (Docket No. 73). In Support of this motion, Defendant states as follows:

1. On February 15, 2022, the parties submitted a joint status report that included a proposed schedule for dispositive motion briefing. (Docket No. 72).

2. On February 16, 2022, the Court entered an order accepting the parties' proposed schedule of March 25, 2022 for dispositive motions, April 29, 2022 for responses, and May 20, 2022 for replies. (Docket No. 73).

3. Defendant is in the process of finalizing its dispositive motion but needs additional time due to its counsel's trial preparation in another matter.

4. Defendant therefore requests a brief extension of time, up to and including, April 1, 2022 for the parties to file dispositive motions. Defendant further requests that the extension

apply to responses and replies, with responses to be filed by May 6, 2022, and replies by May 27, 2022.

5. On March 21, 2022, counsel for Defendant, Sean C. Herring, contacted counsel for Plaintiff, Nathaniel Cade, via e-mail. Mr. Cade indicated that Plaintiff does not oppose this motion.

6. Defendant does not bring this motion for purposes of delay or for any other improper purpose.

WHEREFORE, Defendant United Airlines, Inc. respectfully requests that the Court grant this motion and extend the dispositive motion schedule by 7 days, to April 1, 2022 for dispositive motions, May 6, 2022 for responses, and May 27, 2022 for replies, and for any further or other relief as this Court deems just and proper.

Dated: March 22, 2022

Respectfully submitted,

**UNITED AIRLINES, INC.**

By: /s/ Sean C. Herring

Sean C. Herring
Howard Shapiro (*pro hac vice*)
Dana S. Elfvin
Jackson Lewis P.C.
150 N. Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Tel: (312) 787-4949
Sean.Herring@jacksonlewis.com
Howard.Shapiro@jacksonlewis.com
Dana.Elfvin@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on March 22, 2022, he caused a true and correct copy of the foregoing ***Defendant's Unopposed Motion for Extension of Dispositive Motion Deadlines*** to be filed with the Court by electronic filing protocols, and that same will be therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Sean C. Herring