UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GALE CLAPPER,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED AIRLINES, INC. and ABC INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 1:20-CV-02635<br><br>Judge Manish S. Shah<br>Magistrate Judge María Valdez<br><br>Jury Trial Demanded |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Gale Clapper ("Clapper" or "Plaintiff"), by and through her counsel, Nathaniel Cade, Jr., of Cade Law Group LLC, moved for an unopposed ten (10) day extension of time to file her response to Defendant United Airlines, Inc.'s Motion for Summary Judgment (Docket No. 77) up to and including May 16, 2022. In support of this motion, Plaintiff states as follows:

1. United Airlines filed its motion for summary judgment on April 1, 2022;

2. Pursuant to the Rules for the Northern District of Illinois and this Court's Order of March 23, 2022 (Docket No. 75), Plaintiff's response to the motion is due on or before May 6, 2022;

3. Attorney Carlos Pastrana previously handled this matter, including all but one deposition and discovery. Attorney Pastrana left the employment of Cade Law Group, counsel for Plaintiff, on December 10, 2021;

4. Plaintiff's current counsel, Nathaniel Cade, Jr., requires additional time to

become acquainted with the file and the multiple depositions.

5. Plaintiff therefore requests a brief extension of ten days, up to and including May 16, 2022, to respond to United Airlines' motion for summary judgment.

6. Counsel for United Airlines, Sean Herring, indicated by email on April 28, 2022 that he has no objection to the extension and does not oppose this motion.

7. Plaintiff and her counsel does not bring this motion for purposes of delay or for any other improper purpose. Plaintiff simply requires an extension to respond meaningfully.

WHEREFORE, Plaintiff Gale Clapper respectfully requests that the Court grant her unopposed motion and extend the deadline for her to respond to United Airlines' Motion for summary Judgment by 10 days, or to May 16, 2022.

Dated this 28th day of April, 2022.

**CADE LAW GROUP LLC**

By: *s/ Nathaniel Cade, Jr.*
Nathaniel Cade, Jr.
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
nate@cade-law.com
Attorneys for Plaintiff Gale Clapper

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 28, 2022, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

<u>*s/ Nathaniel Cade, Jr.*</u>