**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GALE CLAPPER

        Plaintiff,                        Case No. 20-CV-02635

v.

UNITED AIRLINES INC., and             Hon. Manish S. Shah
ABC INSURANCE COMPANY

        Defendants.

## NOTICE OF APPEAL

        Notice is hereby given that Plaintiff Gale Clapper ("Clapper"), by and through her counsel, Cade Law Group LLC, hereby appeals to the United States Court of Appeals for the Seventh Circuit appeals from the district court's (1) Opinion and Order, Dkt. 92, entered on October 25, 2022, Granting Defendants' Motion For Summary Judgment, Dkt. 77, and Judgment entered on October 25, 2022, Dkt. 93 and (2) Opinion and Order, Dkt.120, entered on April 4, 2023, denying motion for reconsideration of that summary judgment ruling.

 Dated this 3rd day of May, 2023.

                               **CADE LAW GROUP LLC**

                               By: s/Annalisa Pusick
                                 Nathaniel Cade, Jr., SBN 1028115
                               Annalisa Pusick SBN: 1116379
                               P.O. Box 170887
                               Milwaukee, WI 53217
                               (414) 255-3802 phone)
                               (414) 255-3804 (fax)
                               nate@cade-law.com
                               annalisa@cade-law.com

                               Attorney for Clapper

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2023 a true and accurate copy of the foregoing Notice of Appeal was served via the Court's CM/ECF system upon all counsel of record.

**CADE LAW GROUP LLC**

By: s/Annalisa Pusick
    Nathaniel Cade, Jr., SBN 1028115
    Annalisa Pusick SBN: 1116379
    P.O. Box 170887
    Milwaukee, WI 53217
    (414) 255-3802 (phone)
    (414) 255-3804 (fax)

    Attorney for Clapper