# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GALE CLAPPER<br><br>        Plaintiff,<br><br>v.<br><br>UNITED AIRLINES INC., and<br>ABC INSURANCE COMPANY<br><br>        Defendants. | Case No. 20-CV-02635<br><br><br><br>Hon. Manish S. Shah |

Appeal from the United States District Court
for the Northern District of Illinois
The Honorable Manish Shah

## SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT

NOW COMES Plaintiff-Appellant, Gale Clapper ("Clapper"), by her attorneys, Cade Law Group LLC, and respectfully submits this Docketing Statement, pursuant to Seventh Circuit Court Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit. This is an appeal from a final decision of the Northern District of Illinois.

**I.  Jurisdiction of the District Court**

Clapper, as Plaintiff, filed the Complaint on April 24, 2020, raising claims of disability discrimination under Title I of the Americans with Disabilities Act of 1990 ("ADA") and Title I of the Civil Rights Act of 1991, Age Discrimination in Employment Act, and the Employee Retirement Income Security Act (ERISA). *See* Dkt. 1 at 1. Clapper was terminated due to her age, disability and in retaliation for availing herself of ERISA rights.

The District Court had jurisdiction over this civil matter arising under the laws of

the United States and pursuant to 28 U.S.C. § 1331 and § 1334.

## II. Appellate Jurisdiction

The United States Court for the Seventh Circuit has jurisdiction to hear this appeal pursuant to 28 U.S.C. § 1291, as this is an appeal from a final judgment or order of the United States District Court for the Northern District of Illinois. The orders appealed from was entered by the Court, the Honorable Manish Shah on October 25, 2022, and April 4, 2023.

Gale Clapper filed her Notice of Appeal on May 3, 2023. No issues remain before the District Court.

## III. ADDITIONAL REQUIREMENTS OF CIRCUIT RULE 3(c)(1).

This is a civil case that does not involve any criminal convictions. 28 U.S.C. § 1915(g) is inapplicable.

**Official Capacity.** Defendants-Appellees are private companies, do not have any official government capacities, and have not been sued in in any such capacity. *See* Cir. R. 3(c)(1). Plaintiff Gale Clapper is a private individual. *see* Cir. R. 3(c)(1).

**Prior or Related Appellate Proceedings.** There have been no prior or related appellate proceedings in this case.

This case does not involve a collateral attack on a criminal conviction.

## IV. Counsel of Record

**CADE LAW GROUP LLC**

Nathaniel Cade, Jr., Esq.
Annalisa Pusick, Esq.
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (Office)
(414) 255-3804 (Fax)
nate@cade-law.com
annalisa@cade-law.com

(Attorneys for Gale Clapper)

**JACKSON LEWIS S.C.**

Sean Herring, Esq.
Audrey Olson Gardner, Esq.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
(312) 803-2525 (Office)
(312) 787-4995 (Fax)
Audrey.Garner@jacksonlewis.com
Sean.Herring@jacksonlewis.com

(Attorneys for United Airlines and ABC Insurance Company)

Dated this 3rd day of May 2023.

**CADE LAW GROUP LLC**

By: s/Annalisa Pusick
   Nathaniel Cade, Jr., SBN 1028115
   Annalisa Pusick SBN: 1116379
   P.O. Box 170887
   Milwaukee, WI 53217
   (414) 255-3802 (phone)
   (414) 255-3804 (fax)

   Attorneys for Gale Clapper

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2023 a true and accurate copy of the foregoing Docketing Statement was served via the Court's CM/ECF system upon all counsel of record.

**CADE LAW GROUP LLC**

By: s/Nathaniel Cade, Jr.
    Nathaniel Cade, Jr., SBN 1028115
    P.O. Box 170887
    Milwaukee, WI 53217
    (414) 255-3802 (phone)
    (414) 255-3804 (fax)
    nate@cade-law.com
    Attorney for Clapper